IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HENRY E. PATTERSON JR., | ) | 8:08CV456 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, Director of | ) | |
| Nebraska Department of Corrections, | ) | |
| and JON BRUNING, Attorney | ) | |
| General, | ) | |
| | ) | |
| Respondents. | ) | |

    This matter is before the court on Petitioner's Motion for Copies of Exhibits (filing no. 14), Motion to Reconsider (filing no. 15), and Motion for Clarification (filing no. 18). In his Motion for Copies of Exhibits, Petitioner seeks attachments 6, 7, 8, and 9[1] to the State Court Records (filing no. 10) because he is "without" the documents and needs them to file a response to the Answer. (Filing No. 14.) It is unclear whether Petitioner ever received the documents or whether he simply seeks an additional copy. Regardless, Respondents did not file an objection or other response to the Motion and Respondents are therefore ordered to provide copies of attachments 6, 7, 8, and 9 to Petitioner immediately.

    Petitioner also seeks reconsideration of the court's December 3, 2008 Memorandum and Order which denied the Issuance of Subpoenas. (Filing No. 13.) The court has carefully reviewed the Motion and finds no good cause for reconsideration of its previous Memorandum and Order. In his Motion for Clarification, Plaintiff seeks "blue, and yellow cover paper" for his response to Respondents' Answer, as well as other information regarding the filing requirements.

---

    [1]Petitioner seeks parts one and two of attachment 8, which were electronically filed as attachments 8 and 9.

Petitioner is advised that the court cannot give him legal advice on the rules governing submission of documents to this court. However, Petitioner is advised that he must follow the Federal Rules of Civil Procedure and the Local Rules of the court. All other relief sought in the Motion for Clarification is denied.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Copies of Exhibits (filing no. 14) is granted. Respondents shall immediately provide a copy of attachments 6, 7, 8, and 9 to Petitioner.

2. Petitioner's Motion to Reconsider (filing no. 15) and Motion for Clarification (filing no. 18) are denied.

3. In the event that Petitioner seeks a copy of the court's Local Rules, he should contact the Clerk of the court to determine the cost of procedure for obtaining a copy of the Local Rules.

January 15, 2009.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*s/Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge