IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HENRY E. PATTERSON JR., | ) | 8:08CV456 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, Director of Nebraska Department of Corrections, and JON BRUNING, Attorney General, | ) ) ) ) ) | |
| Respondents. | ) | |

This matter is before the court on its own motion. On November 25, 2008, Respondents filed relevant State Court Records. (Filing No. 10.) The court notes that Attachment 13, the Nebraska Court of Appeals' Memorandum Opinion, is incomplete.

IT IS THEREFORE ORDERED that: no later than June 5, 2009, Respondents shall file with the court the entire Nebraska Court of Appeals' Memorandum Opinion.

June 2, 2009.                    BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge